**ALABAMA GREAT SOUTHERN R. CO. v. C. S. HINTON.**

6 Div. 982.

Court of Appeals of Alabama.
April 23, 1931.

PER CURIAM.

Appeal dismissed on motion of appellant.

(134 So. 916)

**ALABAMA POWER CO. v. Willie LIPS-COMBE, pro Ami.**

7 Div. 803.

Court of Appeals of Alabama.
May 28, 1931.

PER CURIAM.

Appeal dismissed on motion of appellant.

(137 So. 916)

**ALABAMA PRODUCE CO. v. I. M. HILL.**

6 Div. 820.

Court of Appeals of Alabama.
Nov. 27, 1931.

F. E. St. John, of Cullman, for appellant.
Earney Bland and A. A. Griffith, both of Cullman, for appellee.

PER CURIAM.

Appeal dismissed for want of prosecution.

(138 So. 919)

**Alvy ALEXANDER v. STATE.**

6 Div. 38.

Court of Appeals of Alabama.
Dec. 15, 1931.

RICE, J.

Appeal dismissed.

(135 So. 920)

**Buford ALLEN v. STATE.**

8 Div. 372.

Court of Appeals of Alabama.
May 26, 1931.

SAMFORD, J.
Affirmed.

(132 So. 909)

**Will ALLISON v. STATE.**

8 Div. 102.

Court of Appeals of Alabama.
Feb. 24, 1931.

RICE, J.
Reversed and remanded.

(131 So. 912)

**E. H. ANDERSON v. STATE.**

6 Div. 823.

Court of Appeals of Alabama.
Dec. 16, 1930.

T. B. Ward and J. M. Ward, both of Tuscaloosa, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

SAMFORD, J.
Affirmed.

(131 So. 912)

**E. H. ANDERSON v. STATE.**

6 Div. 957.

Court of Appeals of Alabama.
Dec. 16, 1930.

BRICKEN, P. J.

From a judgment of conviction for a misdemeanor, this appeal was taken. The appeal is rested upon the record proper, which upon examination is found regular in all things. The judgment appealed from is therefore affirmed.

Affirmed.